Eric J. Shimanoff (ejs@cll.com)
COWAN, LIEBOWITZ & LATMAN, P.C.
1133 Avenue of the Americas
New York, NY  10036-6799
(212) 790-9200
Attorneys For Defendants EMI Christian Music Group, Inc. and Sony Music Entertainment

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

TRAVIS MALLOY,

                        Plaintiff,

  -against-

EMI CHRISTIAN MUSIC GROUP, INC.; SONY
MUSIC ENTERTAINMENT, INC. D/B/A SONY
MUSIC HOLDINGS, INC.; AND DARIUS
PAULK,

                       Defendants.
---------------------------------------------------------------- x

No. 11 Civ. 6075 (RJS)

**RULE 7.1 CORPORATE
DISCLOSURE STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Sony Music Entertainment ("Sony"), incorrectly named as Sony Music Entertainment, Inc. d/b/a Sony Music Holdings, Inc., (a non-governmental party) certifies that Sony's corporate parent is Sony Corporation, which is a publicly traded company.

Dated: New York, New York
       November 9, 2011

Respectfully submitted,
COWAN, LIEBOWITZ & LATMAN, P.C.

By:   s/ Eric J. Shimanoff
       Eric J. Shimanoff (ejs@cll.com)
1133 Avenue of the Americas
New York, NY  10036-6799
(212) 790-9200

Attorneys For Defendants EMI Christian Music
Group, Inc. and Sony Music Entertainment

23678/000/1275340.1