Eric J. Shimanoff (ejs@cll.com)
COWAN, LIEBOWITZ & LATMAN, P.C.
1133 Avenue of the Americas
New York, NY  10036-6799
(212) 790-9200
Attorneys For Defendants EMI Christian Music Group, Inc. and Sony Music Entertainment

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

TRAVIS MALLOY,

                 Plaintiff,

  -against-

EMI CHRISTIAN MUSIC GROUP, INC.; SONY
MUSIC ENTERTAINMENT, INC. D/B/A SONY
MUSIC HOLDINGS, INC.; AND DARIUS
PAULK,

                 Defendants.

---------------------------------------------------------------- x

No. 11 Civ. 6075 (RJS)

**RULE 7.1 CORPORATE
DISCLOSURE STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant EMI Christian Music Group, Inc. ("EMI") (a non-governmental party) certifies that the following entities have a direct or indirect ownership interest in EMI:  EMI NA Holdings, Inc.; EMI Group North America Holdings, Inc.; EMI Group International BV; EMI Group Holdings BV; EMI Group International Holdings Ltd; EMI Group Worldwide Ltd; Virgin Music Group Ltd; EMI Group Ltd; EMI Group Worldwide Holdings Ltd; EMI Group Global Ltd; and CGI Private Equity LP LLC.  Of these entities, only one, CGI Private Equity LP LLC, is wholly-owned by a publicly traded company, namely, Citigroup Inc.

-2-

Dated: New York, New York
      November 9, 2011

Respectfully submitted,
COWAN, LIEBOWITZ & LATMAN, P.C.

By:   s/ Eric J. Shimanoff
     Eric J. Shimanoff (ejs@cll.com)
1133 Avenue of the Americas
New York, NY  10036-6799
(212) 790-9200

Attorneys For Defendants EMI Christian Music Group, Inc. and Sony Music Entertainment

23678/000/1276414.1