UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



TRAVIS MALLOY,

          Plaintiff,

  -v-

EMI CHRISTIAN MUSIC GROUP, INC., *et al.*,

          Defendants.

No. 11 Civ. 6075  (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter from Defendants EMI Christian Music Group, Inc. and Sony Music Entertainment dated November 1, 2011, (1) setting forth grounds for an anticipated motion to dismiss the Complaint, and (2) requesting that the initial conference in this matter be adjourned until the third Defendant, Darius Polk, has been served.  Although pursuant to Rule 2.A. of the Court's Individual Practices, Plaintiff's response letter was due by November 4, 2011, the Court has not received such a submission.  Accordingly,

    IT IS HEREBY ORDERED THAT the initial conference previously scheduled to be held on November 14, 2011 shall also function as a pre-motion conference.  In the interest of efficiency, this conference shall be adjourned until December 13, 2011 at 10:30 a.m. to allow time for Defendant Paulk to be served and to respond or otherwise move with respect to the Complaint.  In light of Defendants' contemplated motion to dismiss, the parties need not submit a proposed case management plan in advance of the conference.  The deadline to submit the joint letter described in the Court's Order dated September 1, 2011 shall be adjourned to December 6, 2011.

IT IS FURTHER ORDERED THAT Plaintiff shall submit a letter by November 11, 2011, advising the Court as to (1) the status of service on Defendant Paulk, and (2) his reasons for non-compliance with the Court's Individual Practices.

IT IS FURTHER ORDERED THAT Plaintiff shall file a certificate of service on ECF for all Defendants that have been served forthwith.

SO ORDERED.

Dated:        November 10, 2011
              New York, New York

                                    RICHARD J. SULLIVAN
                                    UNITED STATES DISTRICT JUDGE