UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Travis Malloy

Plaintiff,

-v-

EMI Christian Music Group, Inc., Sony Music Entertainment, Inc d/b/a Sony Music Holdings, Inc. and Darius Paulk

Defendant.

Case No. 11-CV-6075-RJS

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _Travis Malloy_ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: 8/23/11

Signature of Attorney

Attorney Bar Code: 295389

Form Rule7_1.pdf   SDNY Web 10/2007