AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

___Travis Malloy___ )
Plaintiff )
)
v. ) Civil Action No. 11CV-6075 RJS
)
___EMI Christian Music Group, Inc., et al___ )
Defendant )

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)

Sony Music Entertainment, Inc.
d/b/a Sony Music Holdings, Inc.
550 Madison Ave.
NY, NY 10022

Registered Agent:
Prentice-Hall Corporation (Corp. Service Company)
80 State Street
Albany, NY 12207

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ___9-2-11___      _____
Signature of Clerk or Deputy Clerk

Oct 04 2011 22:56     BR/ORPHEUS                    6176953202                              P.2

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __STEVE PASTORE__, who is
designated by law to accept service of process on behalf of *(name of organization)* __Sony Music
Entertainment, d/b/a Sony Music Holdings Inc__ on *(date)* __9-8-11__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __9-8-2011__

Server's signature

__PAUL LABELLE__
Printed name and title

__1004A Doorstone Dr Latham NY. 12110__
Server's address

Additional information regarding attempted service, etc: