AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Travis Malloy
_____  )
        *Plaintiff*                )
                                   )
                                   )
            v.                     )    Civil Action No. 11- 6075-RJS
                                   )
Darius Polk, BMI christian Music Group, Inc, )
_____  )
        *Defendant*     (3 + 4)    )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

BMI Christian Music Group. Inc.
101 Winners Circle
Brentwood ,TN 37027

Registered Agent:
The Prentice - Hall Corporation
2908 Poston Ave.
Nashville, TN 37203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10 5-11
_____         _____
                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ___EMI Christian Music Group, Inc.___

was received by me on *(date)* ___10/6/11___ .

☐ I personally served the summons on the individual at *(place)*
_____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* ___Mary Marchetti___ , who is
designated by law to accept service of process on behalf of *(name of organization)* ___EMI CHRISTIAN MUSIC GROUP, INC___
_____ on *(date)* ___10/12/11___ ; or
___@ 12:00 pm___

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: ___10/12/11___

_____
Server's signature

___Paul H. Ivey / SPS___
Printed name and title

___5543 Edmondson Pike # 202, Nashville, TN 37211___
Server's address
___888·366·1550___

Additional information regarding attempted service, etc: