TRAVIS MALLOY

            Plaintiff,

vs.

DARIUS PAULK

           Defendant.

CIVIL ACTION
CASE NO.: 11-CV-6075RJS

### AFFIDAVIT OF SERVICE

COMES NOW, JEROY ROBINSON, a United States citizen and over the age of 18 years, before the undersigned officer duly authorized to administer oaths, and, being sworn on oath, deposes and states as follows:

1.

I served DARIUS PAULK with the below-listed documents in this matter, in the below-described manner, at 2051 FLAT SHOALS RD, E-13, ATLANTA, GA 30310, on December 5, 2011, at 11:30 AM:

SUMMONS/COMPLAINT

Said documents were served by handing same to DARIUS PAULK.

2.

MR. PAULK IS A BLACK MALE IN HIS 30'S, 6'2", 190LBS WITH BLACK HAIR.

_____
JEROY ROBINSON
Attorneys' Personal Services, Inc.

Sworn to and subscribed before me this the 7th day of December, 2011.

_____
Notary Public

[Notary Seal: VIRGINIA E. CHARLES SMITH, NOTARY PUBLIC, COBB COUNTY, GEORGIA, EXPIRES JUNE 4, 2015]