Oct 04 2011 22:56    BR/ORPHEUS              6176953202              P·1

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Travis Malloy
_____
Plaintiff

v.                                    Civil Action No. 11CV-6075 RJS

EMI Christian Music Group, Inc., etal
_____
Defendant

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Sony Music Entertainment, Inc.          Registered Agent:
d/b/a Sony Music Holdings, Inc.         Prentice-Hall Corporation (Corp. Service Company)
550 Madison Ave.                        80 State Street
NY, NY 10022                            Albany, NY 12207

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: ___9·2·11___

_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Sony Music Entertainment

was received by me on *(date)*  9-2-2011  .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  STEVE PASTORE  , who is

designated by law to accept service of process on behalf of *(name of organization)*  Sony Music

Entertainment, d/b/a Sony Music Holdings Inc  on *(date)*  9-8-11  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:  9-8-2011

_____
Server's signature

PAUL LABELLE
Printed name and title

11004A Doorstone DR Latham NY. 12110
Server's address

Additional information regarding attempted service, etc: