UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/2011
```

TRAVIS MALLOY,

                Plaintiff,

-v-

EMI CHRISTIAN MUSIC GROUP, INC., *et al.*,

                Defendants.

No. 11 Civ. 6075  (RJS)
<u>ORDER</u>

<u>RICHARD J. SULLIVAN</u>, District Judge:

      The Court is in receipt of (1) a letter from Defendants EMI Christian Music Group, Inc. ("EMI") and Sony Music Entertainment ("Sony") dated November 1, 2011, setting forth grounds for an anticipated motion to dismiss the Complaint, (2) a response to this letter from Malloy dated November 10, 2011, and (3) a joint letter on behalf of Malloy, EMI, and Sony, dated December 6, 2011.  In light of the fact that Defendant Paulk was not served until December 5, 2011, Paulk did not participate in drafting the joint letter and has not filed a response to the pre-motion letter submitted by EMI and Sony.  Accordingly,

      IT IS HEREBY ORDERED THAT the conference previously scheduled to be held on December 13, 2011, shall be adjourned to December 23, 2011 at 10:30 a.m.  Pursuant to Rule 2.A. of the Court's Individual Practices, Paulk shall submit a response to the pre-motion letter of EMI and Sony by December 22, 2011.

IT IS FURTHER ORDERED THAT the parties shall submit a revised joint letter as described in the Court's Order dated September 1, 2011 on behalf of all parties by December 22, 2011.

SO ORDERED.

Dated:     December 12, 2011
           New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE