UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
TRAVIS MALLOY,

      Plaintiff,

vs.

EMI CHRISTIAN MUSIC GROUP, INC.,
SONY MUSIC ENTERTAINMENT, INC.,
d/b/a SONY MUSIC HOLDINGS, INC.,
and DARIUS PAULK,

      Defendants.
-----------------------------------------------------------------x

Case No. 11-CV-6075

## Notice of Appearance

PLEASE TAKE NOTICE that I hereby enter my appearance as counsel in the above-captioned matter for Defendant Daruius Paulk..

I certify that I am admitted to practice in this Court.

Dated: December 21, 2011

_____
Scott Zarin, Esq.
Zarin & Associates, P.C.
1700 Broadway, Suite 3100
New York, NY 10019
Tel: (212) 580-3131
Fax: (212) 580-4393
scottzarin@copyrightrademarkcounsel.com

Attorneys for Defendant
Daruis Paulk