UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



TRAVIS MALLOY,

                Plaintiff,

-v-

EMI CHRISTIAN MUSIC GROUP, INC., *et al.*,

                Defendants.

No. 11 Civ. 6075 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      The Court held a pre-motion conference on Defendants' contemplated motion to dismiss the complaint on December 23, 2011. As stated during the conference, IT IS HEREBY ORDERED THAT, Plaintiff shall amend his complaint by January 13, 2012. IT IS FURTHER ORDERED THAT, the parties shall submit a joint letter by January 27, 2012 that (1) informs the Court whether Defendants intend to go forward with a motion to dismiss, and (2) sets forth a proposed discovery schedule. The letter shall also set forth either a proposed briefing schedule or the date by which Defendants will file their answer, depending on whether Defendants intend to go forward with a motion to dismiss.

SO ORDERED.

Dated:    December 23, 2011
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE